```
         ✓ FILED          ___ RECEIVED
         ___ ENTERED      ___ SERVED ON
                          COUNSEL/PARTIES OF RECORD

              MAR - 7 2011

          CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
         BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:08-CR-311-RLH (GWF) |
| ) | |
| ARTUR AMBARTSUMYAN, ) | |
| ) | |
| Defendant. ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on March 7, 2011, defendant ARTUR AMBARTSUMYAN pled guilty to Counts Two, Nine, and Ten of a Ten-Count Second Superseding Criminal Indictment charging him in Count Two with Trafficking In, Production of, and Use of Counterfeit Access Devices in violation of Title 18, United States Code, Sections 1029(a)(1); in Count Nine with Aggravated Identity Theft, in violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(4); and in Count Ten with Conspiracy to Commit Money Laundering in violation of Title 18, United States Code, Section 1956(h).

This Court finds defendant ARTUR AMBARTSUMYAN agreed to the forfeiture of the property set forth in Forfeiture Allegations of the Second Superseding Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Second Superseding Criminal Indictment and the offense to which defendant ARTUR AMBARTSUMYAN pled guilty.

1  The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section
2  982(a)(2)(B); Title 18, United States Code, Section 982(a)(1); Title 18, United States Code, Section
3  981(a)(1)(A) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code,
4  Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c):

a. Sony Brown 42" Lcd Tv, S/N 1050106;
b. Sony Brown 42" Lcd Tv, S/N 1002050;
c. Dell Model 1320 Laser Printer, S/N 35rphf1;
d. Dell Model 1850 Laser Printer, S/N H1c34091;
e. Acer Laptop, S/N Lxal70x043820001ef2513;
f. Dell Xps Laptop, S/N 5vg3kd1;
g. Apple Mac Laptop, S/N W8807f5dop1;
h. Hp Laptop, S/N 2ce7222m6q;
i. Mac Book Air, S/N W8813ppuy51;
j. Miscellaneous Cards, Cables, Remotes, Controllers, Stands;
k. 3.5 X Drive, Extend Harddrive, S/N 020851;
l. Apple Tv, S/N 6f8182w04cp;
m. Wd External Hard Drive, S/N Wxh207674808;
n. Msr 206 Encoder, S/N A015401;
o. Psp Portable, S/N Pp865026504-Psp1001;
p. Psp Portable, S/N At045924040-Psp2001;
q. Ipod Touch 16 Bg, S/N 1c80167a/4p;
r. Iphone, S/N 5k81880jwh8;
s. Iphone, S/N Bcga1241;
t. Iphone, S/N 5k80247kwh8;
u. Iphone, S/N 579ca1241;
v. Sandisk 2 Gb Flashdrive, S/N 2048rb;

1    w.    Sandisk 4 Gb Flashdrive, S/N 4096rb;

2    x.    Sandisk 1 Gb Flashdrive, S/N 1024rb;

3    y.    Pny Attache 1 Gb Flashdrive, No S/N;

4    z.    Logitech Mx Revolution Thumbdrive, S/N 810-000412;

5    aa.    Iron Key Thumbdrive, S/N 0140485;

6    ab.    Iron Key Thumbdrive, S/N 0140551;

7    ac.    Dell Xps Tower, S/N 30gzcg1;

8    ad.    Playstation 3, S/N Ce124062502-Cecha01;

9    ae.    Playstation 3, S/N Ce514635354-Cechg01;

10    af.    Xbox 360, S/N 311730682105;

11    ag.    Xbox 360, No S/N;

12    ah.    1 - Xbox 360 Video Game;

13    ai.    11 - Playstation 3 Video Games;

14    aj.    6 - Psp Games In Case;

15    ak.    35 - Blue Ray Movies;

16    al.    Wtj-90a Tipper;

17    am.    $3,000 Cash (From Gary Ambartsumyan's room);

18    an.    $4900 Cash (From Artur Ambartsumyan's room);

19    ao.    $14,802.63 in Money Gram Money Orders;

20    ap.    Mens' Breitling Bentley Watch, S/N A25362; and

21    aq.    Mens' Breitling Bentley Watch;

22    ar    counterfeit access device containing unauthorized account information for Visa debit card account in the name of M.V., account number ending in X-4923;

24    as.    counterfeit access device containing unauthorized account information for Visa debit card account in the name of G.V., account ending in X-2319;

26 . . .

at. counterfeit access device containing unauthorized account information for Visa debit card account in the name of C.D., account ending in X-1918;

au. counterfeit access device containing unauthorized account information for a Bank of America Visa debit card account, account ending in X-7119;

av. counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of J.R., account ending in X-4609;

aw. counterfeit access device containing unauthorized account information for a Bank of America Visa debit card account in the name of B.J., account ending in X-1577;

ax. counterfeit access device containing unauthorized account information for a Bank of America Visa debit card account, account ending in X-8491;

ay. counterfeit access device containing unauthorized account information for Bank of America Visa debit card account, account ending in X-6657;

az. counterfeit access device containing unauthorized account information for Bank of America Visa debit card account, account ending in X-9612;

aaa. counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of G.S., account ending in X-2034;

aab. counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of C.S., account ending in X-3846;

aac. counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of S.K., account ending in X-5010;

. . .

| | | |
|---|---|---|
| 1<br>2<br>3 | aad. | counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of E.H., account ending in X-4275; |
| 4<br>5<br>6 | aae. | counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of B.W., account ending in X-7341; |
| 7<br>8 | aaf. | counterfeit access device containing unauthorized account information for Bank of America Visa debit card account, account ending in X-3019; |
| 9<br>10<br>11 | aag. | counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of D.R., account ending in X-4018; |
| 12<br>13 | aah. | counterfeit access device containing unauthorized account information for Bank of America Visa debit card account, account ending in X-7017; |
| 14<br>15 | aai. | counterfeit access device containing unauthorized account information for Bank of America Visa debit card account, account ending in X-6691; |
| 16<br>17 | aaj. | counterfeit access device containing unauthorized account information for Wells Fargo debit card account, number ending in X-4424; |
| 18<br>19 | aak. | counterfeit access device containing unauthorized account information for a Wells Fargo debit card account, account number ending in X-7930; |
| 20<br>21 | aal. | counterfeit access device containing unauthorized account information for a Wells Fargo debit card account, number ending in X-6110; |
| 22 | aam. | 2008 White BMW M5, VIN WBSNB93548CX09044; |
| 23 | aan. | 2008 Black Mercedes Benz G-500 Wagon, VIN WDCYR49E38X171546; |
| 24 | aao. | 2006 Black Quad Cab Dodge Dakota Truck, VIN 1D7HA18286J185015; and |

25   . . .

26   . . .

1         aap.    an *in personam* criminal forfeiture money judgment of $663,089.35 in United

2                States Currency

3 ("the property").

4     This Court finds the United States of America is now entitled to, and should, reduce the

5 aforementioned property to the possession of the United States of America.

6     NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

7 United States of America should seize the aforementioned property.

8     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

9 ARTUR AMBARTSUMYAN in the aforementioned property is forfeited and is vested in the United

10 States of America and shall be safely held by the United States of America until further order of the

11 Court.

12     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

13 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

14 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

15 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

16 the name and contact information for the government attorney to be served with the petition, pursuant

17 to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

18     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

19 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

20     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

21 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

22 following address at the time of filing:

23         Michael A. Humphreys
            Assistant United States Attorney
24         Daniel D. Hollingsworth
            Assistant United States Attorney
25         Lloyd D. George United States Courthouse
            333 Las Vegas Boulevard South, Suite 5000
26         Las Vegas, Nevada 89101

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this __7__ day of __March__, 2011.

_Roger L. Hunt_
UNITED STATES DISTRICT JUDGE